**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; TENNESEE CORN GROWERS ASSOCIATION,

*Petitioners*,

v.

PETER BUTTIGIEG, *in his official capacity as Secretary of the United States Department of Transportation*; SOPHIE SHULMAN, *in her official capacity as Deputy Administrator of the National Highway Traffic Safety Administration*; and NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION,

*Respondents*.

**RECEIVED**
07/17/2024
KELLY L. STEPHENS, Clerk

No. 24-______
Docket No. NHTSA-2023-0022

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909 and Federal Rule of Appellate Procedure 15(a), the Kentucky Corn Growers Association, the Michigan Corn Growers Association, and the Tennessee Corn Growers Association ("Petitioners") hereby petition this Court for review of the United States

National Highway Traffic Safety Administration's ("NHTSA") final rule, *Corporate Average Fuel Economy Standards for Passenger Cars and Light Trucks for Model Years 2027 and Beyond and Fuel Efficiency Standards for Heavy-Duty Pickup Trucks and Vans for Model Years 2030 and Beyond*, signed on June 7, 2024. A copy of the final rule is attached as Exhibit A.

Section 32902 of Title 49 of the U.S. Code provides that "a person that may be adversely affected by a regulation prescribed in carrying out any of sections 32901–32904 or 32908 of this title may apply for review of the regulation by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit or in the court of appeals of the United States for the circuit in which the person resides or has its principal place of business." 49 U.S.C. § 32909(a). Such a "petition must be filed not later than 59 days after the regulation is prescribed." *Id.* § 32909(b). Jurisdiction and venue are proper under 49 U.S.C. § 32909, because Petitioners are adversely affected by a regulation prescribed under 49 U.S.C. § 32902 and because Petitioners all reside in this Circuit.

NHTSA has not taken a formal position on the definition of "issu[ance]" under 28 U.S.C. § 2112(a) for purposes of petitioning for

review of its orders. Therefore, petitioners plan to file another petition after publication of the final rule in the Federal Register to preserve their rights.

Dated: June 17, 2024

Respectfully submitted,

/s/ Michael Buschbacher
MICHAEL BUSCHBACHER
*Counsel of Record*
JAMES R. CONDE
LAURA B. RUPPALT
BOYDEN GRAY PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com
*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that on June 17, 2024, the above Petition for Review was electronically filed with the United States Court of Appeals for the Sixth Circuit using the CM/ECF system.

I will also cause a copy of the date-stamped Petition to be sent via certified mail return receipt requested to:

Adam Raviv
Chief Counsel
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
Washington, D.C. 20590

U.S. Department of Transportation
Office of the General Counsel
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

Respectfully submitted,

*/s/ Michael Buschbacher*
Counsel for Petitioner